31 So.2d 144

Rufus G. SAWYER v. Annie LAWRENCE.

4 Div. 461.

Supreme Court of Alabama.
June 26, 1947.

STAKELY, Justice.

Petition of Rufus G. Sawyer for certiorari to the Court of Appeals to review and revise the Judgment and decision of that

Court in the case of Sawyer v. Lawrence, 31 So.2d 142.

Writ denied.

GARDNER, C. J., and FOSTER and LAWSON, JJ., concur.